**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **LexFit, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **82-3507602** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**PO Box 910179**<br>**Lexington, KY 40591-0179**<br>Number, Street, City, State & ZIP Code<br><br>**Fayette**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**3960 Royal Drive, Suite 200 Kennesaw, GA 30144**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **LexFit, LLC**                                                                    Case number (*if known*)
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7139__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **LexFit, LLC** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor  **LexFit, LLC**  
Name

Case number (*if known*)

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **LexFit, LLC**    Case number (*if known*)
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 4, 2023**
                     MM / DD / YYYY

**X /s/ Royce G. Pulliam**                                   **Royce G. Pulliam**
Signature of authorized representative of debtor     Printed name

Title  **Member**

**18. Signature of attorney**

**X /s/ Dean A. Langdon**                              Date  **October 4, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Dean A. Langdon**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone  **(859) 231-5800**    Email address

**40104 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **LexFit, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 4, 2023**          X **/s/ Royce G. Pulliam**
                                            Signature of individual signing on behalf of debtor

                                            **Royce G. Pulliam**
                                            Printed name

                                            **Member**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **LexFit, LLC** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bond Street Fund 20, LLC**<br>850 Morrison Drive, Ste 500<br>Charleston, SC 29403 | | **Premises Lease and, storage lease, and real estate commission** | **Disputed Subject to Setoff** | | | $1,170,889.42 |
| **Celtic Bank Corp. dba Celtic Bank Leasing & Equipment Finance Group**<br>268 S. State Street, Suite 300<br>Salt Lake City, UT 84111 | | **See Exhibit A attached** | | $252,093.00 | $0.00 | $252,093.00 |
| **U.S. Small Business Administration**<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | | **Disaster COVID-19 Economic Inj** | | $167,376.91 | $0.00 | $167,376.91 |
| **Office of the Fayette Co. Sheriff**<br>PO Box 34148<br>Lexington, KY 40588-4148 | | | **Disputed** | | | $8,941.88 |
| **Office of the Fayette Co. Sheriff**<br>PO Box 34148<br>Lexington, KY 40588-4148 | | | **Disputed** | | | $6,108.47 |
| **Kernel Press Inc University of Kentucky**<br>337 McVey Hall<br>Lexington, KY 40506-0045 | | | | | | $3,160.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **LexFit, LLC**　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aramark**<br>PO Box 731676<br>Dallas, TX<br>75373-1676 | | | | | | $2,976.16 |
| **Office of the Fayette Co. Sheriff**<br>PO Box 34148<br>Lexington, KY<br>40588-4148 | | | Disputed | | | $1,691.56 |
| **Spectrum**<br>PO Box 6030<br>Carol Stream, IL<br>60197 | | | | | | $1,493.17 |
| **Senninger Plumbing Co. Inc**<br>11107 Cedar Creek Road<br>Louisville, KY 40229 | | | | | | $1,362.10 |
| **Kentucky Utilities**<br>PO Box 25212<br>Lehigh Valley, PA<br>18002-5212 | | utilities | | | | $1,192.75 |
| **Columbia Gas of Kentucky**<br>PO Box 4660<br>Carol Stream, IL<br>60197-4660 | | | | | | $1,012.88 |
| **Blue Sky Electric Co**<br>PO Box 4960<br>Lexington,, KY<br>40544 | | | | | | $478.24 |
| **Vacuflo of Kentucky**<br>PO Box 910733<br>Lexington, KY<br>40591-0733 | | | | | | $315.00 |
| **Chemco industrial products Inc**<br>124 Turnpike St. Suite 16<br>West Bridgewater, MA 12379-1046 | | | | | | $311.50 |
| **Cintas**<br>PO Box 631025<br>Cincinatti, OH<br>45263-1025 | | | | | | $303.64 |
| **All-Rite Pest Control**<br>223 Big Run Road<br>Lexington,, KY<br>40503 | | | | | | $265.00 |

Debtor **LexFit, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Scentair Technologies, LLC PO Box 978754 Dallas, TX 75397-8754** | | | | | | $251.22 |
| **Clear Cut Phocus LLC c/o Isaac Bell PO Box 43474 Louisville,, KY 40253** | | | | | | $171.00 |

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **LexFit, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the Member of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **3** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **October  4, 2023**      /s/ Royce G. Pulliam  
**Royce G. Pulliam**/**Member**  
Signer/Title

I,  **Dean A. Langdon**  , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **3** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **October  4, 2023**      /s/ Dean A. Langdon  
Signature of Attorney  
**Dean A. Langdon**  
**DelCotto Law Group PLLC**  
**200 North Upper St.**  
**Lexington, KY 40507**  
**(859) 231-5800   Fax: (859) 281-1179**

2420 Holdings LLC
PO Box 910179
Lexington KY 40591


All-Rite Pest Control
223 Big Run Road
Lexington, KY 40503


Aramark
PO Box 731676
Dallas TX 75373-1676


Blue Sky Electric Co
PO Box 4960
Lexington, KY 40544


Bond Street Fund 20, LLC
850 Morrison Drive, Ste 500
Charleston SC 29403


Celtic Bank Corp. dba Celtic Bank
Leasing & Equipment Finance Group
268 S. State Street, Suite 300
Salt Lake City UT 84111


Chemco industrial products Inc
124 Turnpike St.
Suite 16
West Bridgewater MA 12379-1046


Cintas
PO Box 631025
Cincinatti OH 45263-1025


Clear Cut Phocus LLC
c/o Isaac Bell
PO Box 43474
Louisville, KY 40253


Clear Cut Phocus, LLC
c/o Isaac Bell
333 Main Street
Suite 530
Louisville KY 40404

```
Columbia Gas of Kentucky
PO Box 4660
Carol Stream IL 60197-4660


Exhale Enterprises, LLC
PO Box 910179
Lexington KY 40591


Kentucky Utilities
PO Box 25212
Lehigh Valley PA 18002-5212


Kernel Press Inc
University of Kentucky
337 McVey Hall
Lexington KY 40506-0045


Len C. Devary
1120 Chetford Drive
Lexington KY 40509


Lex InvestGroup LLC
PO Box 910179
Lexington KY 40591


M.I.A. Brookhaven LLC
PO Box 910179
Lexington KY 40591


MIA, Development Company, LLC
PO Box 910179
Lexington KY 40591


Office of the Fayette Co. Sheriff
PO Box 34148
Lexington KY 40588-4148


One Venue, LLC
PO Box 910179
Lexington KY 40591


One23brands Management, LLC
PO Box 910179
Lexington KY 40591
```

```
Pulliam Investments, LLC
PO Box 910179
Lexington KY 40591


Royce and Tomi Pulliam
PO Box 910179
Lexington KY 40591


Royce G Pulliam M&A LLC
PO Box 910179
Lexington KY 40591


RTA Family Trust
PO Box 910179
Lexington KY 40591


Scentair Technologies, LLC
PO Box 978754
Dallas TX 75397-8754


Senninger Plumbing Co. Inc
11107 Cedar Creek Road
Louisville KY 40229


Senninger Plumbing Co. Inc
5800 Kingpost Court
Lexington KY 40509


Spectrum
PO Box 6030
Carol Stream IL 60197


U.S. Small Business Administration
2 North Street, Suite 320
Birmingham AL 35203


Vacuflo of Kentucky
PO Box 910733
Lexington KY 40591-0733


Wellington Development,  LLC
PO Box 910179
Lexington KY 40591
```